**SCHWAN'S IP, LLC, Appellant,**

v.

**PROMARK BRANDS, INC., Appellee.**

No. 2008–1264.

United States Court of Appeals,
Federal Circuit.

June 20, 2008.

Before MAYER, SCHALL, and LINN, Circuit Judges.

## ON MOTION

### ORDER

The parties jointly move to remand this case to the United States Patent and Trademark Office, Trademark Trial and Appeal Board so that the Board may consider their motion to vacate the Board's judgment in Opposition No. 91/159,653.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to remand is granted.

(2) All sides shall bear their own costs.